# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-cr-94-HSM-SKL |
| v. ) | |
| ) | |
| ASHLEY GOWER ) | |
| ) | |

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Counts One, Two, Six, and Seven of the eleven count Indictment; (2) accept Defendant's plea of guilty to Counts One, Two, Six, and Seven of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One, Two, Six, and Seven of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [Doc. 281]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 281] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Counts One, Two, Six, and Seven of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One, Two, Six, and Seven of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One, Two, Six, and Seven of the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **February 1, 2016 at 9:00 a.m. EASTERN]** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

          *s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

2

Case 1:12-cr-00094-HSM-SKL   Document 286   Filed 01/27/16   Page 2 of 2   PageID #: 734